**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | | Chapter 13 |
| Robert Keith Williamson | : | Case No. 16-50296 |
| Debtors | : | Judge Preston |

**NOTICE OF CHANGE OF ADDRESS**

Comes now Robert Keith Williamson, by counsel, and hereby give notice to the Court of the Debtor's new mailing address:

**416 Sunset Drive**
**Johnstown, OH 43031**

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

/s/ James W. Park
James W. Park (0082331)
Of counsel with Arenstein & Andersen Co., LPA
5131 Post Road, Suite 350
Dublin, Ohio 43017-1180
Phone: 614-636-5290
Fax: 614-748-0627
Email: bankruptcy@aacolpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on March 22, 2016.

**Electronic Service:**
Office of the U.S. Trustee
Office of the Chapter 13 Trustee
James W. Park, Esq.

**U.S. Mail Service:**
Robert K. Williamson, 416 Sunset Drive, Johnstown, OH 43031

/s/ James W. Park
James W. Park (0082331)